# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00195-CV

### In re Leslie Ray Turner

### ORIGINAL PROCEEDING FROM SAN SABA COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on his petition pending in the district court. On this record, having reviewed the relator's petition for writ of mandamus, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: April 30, 2021